THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Tavaris Quarlnaka Williams, Appellant.
 
 
 

Appeal From York County
Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2007-UP-167
Submitted April 2, 2007  Filed April 13, 2007

APPEAL DISMISSED

 
 
 
 Acting Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.  
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; Solicitor Thomas E. Pope, of Rock Hill, for Respondent.
 
 
 

PER CURIAM:  Tavaris Quarlnaka Williams appeals his guilty pleas to felony DUI resulting in death, reckless homicide, failure to stop for a blue light resulting in death, possession of stolen goods valued at more than $1000, and driving without a license.  Counsel for Williams attached to the final brief a petition to be relieved as counsel.  Williams did not file a separate pro se response.
After a review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues that are arguable on their merits.  Accordingly, we dismiss the appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY, and STILWELL, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.